FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA

GREGORY BONAPARTE, # 22786-018
Central One Plaintiff,

-against- FCI- Loretto
PO B 1000, Loretto, PA 15940

UNITED STATES DEPARTMENT OF JUSTICE
         Defendants.

CIV. A. NO. _____

COMPLAINT

Case: 1:07-cv-00749
Assigned To : Kennedy, Henry H.
Assign. Date : 04/24/2007
Description: BONAPARTE v. DOJ

**Preliminary Statements**

This is a civil right action filed by Gregory Bonaparte, a federal prisoner, for declaratory and injunctive relief under the Freedom of Information Act, Title 5, U.S.C.A. §552(a)(4)(B), alleging improperly withholding of agency records from Complainant.

**Jurisdiction**

1. The Federal Freedom of Information Act grants District Courts jurisdiction to enjoin an agency from withholding agency records and order the production of any agency records improperly withheld from the complainant under Title 5, U.S.C.A. §552(a)(4)(B).

**Parties**

2. The Plaintiff, Gregory Bonaparte, was/is incarcerated at Loretto Federal Correctional Institution ("FCI-Loretto") during the events described in this complaint.

3. Defendant William G. Stewart II is the acting Assistant Director for the Executive Office for United States Attorneys and is responsible for searching, locating and disclosing United States Attorneys' records. He is included in this complaint in His official capacities.

RECEIVED
APR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4. Defendants for the Office of Information and Privacy Appeals are responsible for FOIA appeals. The OPIA employees' names are presently unknown to Plaintiff. The unknown parties are included in this complaint in their official capacities.

**Facts**

5. On May 9, 2006, the Plaintiff filed a FOIA request with the Executive Office for United States Attorneys (EOUSA).

6. The May 9th letter requested the **Letter of Appointment and Oath of Office** information and documents pertaining to the AUSA(s) Latour Ley Lafferty and Kathy J.M. Peluso employed with the United States Attorney's Office(s) for the Middle District of Florida.

7. By letter dated October 23, 2006, the EOUSA acting Assistant Director, William G. Stewart II, acknowledged receipt of Plaintiff request for FOIA information and records and assigned Plaintiff two request numbers.

8. Request numbers 06-3440 and 06-3441.

9. The Assistant Director also advised Plaintiff that the EOUSA would process his request to the extent possible.

**Improperly Withholding of Agency's Records**

10. On December 26, 2006, Plaintiff received another letter from the EOUSA Assistant Director informing him that the EOUSA had searched the records located in the United States Attorney's Office(s) for the Middle District of Florida and has not discovered any responsive records regarding AUSA Latour Ley Lafferty. See Exh. "A", the EOUSA letter.

11. The Assistant Director, William G. Stewart II, further

informed Plaintiff that AUSA Latour Ley Lafferty was no longer with the EOUSA.

12. The Assistant Director directed Plaintiff to contact the National Personnel Records Center (NPRC) agency in St. Louis, Missouri to obtain the information and records he is seeking.

13. Also in the December 26th letter, the Assistant Director provided Plaintiff with the Affidavit for Oath of Office document for AUSA Kathy J.M. Peluso.

14. The Assistant Director failed to provide Plaintiff with the Letter of Appointment document for AUSA Kathy J.M. Peluso and explain his reasons for failure.

15. On February 1, 2007, Plaintiff filed a FOIA request letter to the National Personnel Records Center requesting the same information and records he had filed to the EOUSA pertaining to the Assistant United States Attorneys Latour Ley Lafferty and Kathy J.M. Peluso.

16. The FOIA request letter is still pending at this time at the NPRC agency.

**Agency's Failure to meet FOIA Appeals Deadlines**

17. Plaintiff also appealed to the Office of Information and Privacy (OPIA) on February 1, 2007, explaining how the EOUSA improperly withheld its records from him. See Exh "B", Plaintiff FOIA appeal letter to the OPIA.

18. The OPIA agency did not respond to Plaintiff Administrative Appeal and had failed to meet the deadlines under Title 5, U.S.C.A. §552(a)(6)(A)(2).

**Claims for Relief**

19. The action of the EOUSA Assistant Director in directing Plaintiff to a place outside the agency to obtain the information and documents he is seeking and responding to his request in an inadequate manner for access to the EOUSA records pertaining to the former AUSA Latour Ley Lafferty and AUSA Kathy J.M. Peluso constituted improperly withholding of agency's records under the Freedom of Information Act, Title 5, U.S.C.A. §552.

20. The action of the unknown parties for the Office of Information and Privacy Appeals (OPIA) in not responding to Plaintiff Administrative Appeal to order the EOUSA to disclose its records pertaining to the Letter of Appointment and Oath of Office for the AUSA(s) named above under the FOIA constitute an exhaustion of administrative remedies under the Freedom of Information Act, Title 5, U.S.C.A. §552(a)(b)(C), and would entitle Plaintiff to seek judicial review.

**Relief Requested**

Wherefore, Plaintiff requests that the Court grant the following relief:

**A. Issue a Declaratory Judgment stating that:**

1. The improperly withholding of agency's records by the EOUSA Assistant Director denied the Plaintiff of access to the agency's public records.

2. The failure of the OPIA in not responding to Plaintiff Administrative Appeals request and failing to meet statutory time limits under the FOIA results in Plaintiff exhausting administative remedies.

4.

B. Issue an Injunction ordering the EOUSA Assistant Director to:

1. Disclose the **Letter of Appointment** and **Oath of Office** records pertaining to the former AUSA Latour Ley Lafferty while he was employed with the EOUSA.

2. Disclose the **Letter of Appointment** pertaining to AUSA Kathy J.M. Peluso.

C. Grant such other relief as it may appear that Plaintiff is entitled.

Pursuant to Title 28, U.S.C. §1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated this 27 day of March, 2007.


Respectfully Submitted,

*Gregory Bonaparte*
Gregory Bonaparte
#22786-018
FCI - Loretto
P.O. Box 1000
Loretto, PA 15940

5.



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

Request Number: 06-3441      Date of Receipt: May 9, 2006

Requester: Gregory Bonaparte

Subject: AUSA Latour Lafferty (Oath of Ofc/Appt.) / Middle District of Florida

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in EOUSA - ___ has revealed no responsive records regarding the above subject.

2. [X] A search for records located in the United States Attorney's Office(s) for the Middle District of Florida has revealed no responsive records regarding the above subject. **AUSA Latour Lafferty is no longer employed with this office. You may be able to obtain the records you seek by contacting the NPRC at the address below:**

   **National Personnel Records Center
   111 Winnebago Street
   St. Louis, MO 63118**

3. [ ] After an extensive search, the records which you have requested cannot be located.

4. [ ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

If you are alleging that the Department of Justice must be bonded and/or secured before initiating prosecution, please be informed that the Department of Justice does not "take out" nor "issue" bonds and/or securities when it investigates and prosecutes alleged violators of federal criminal law.

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Form No. 005 - 2/06

APPEAL FROM EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
UNDER FOIA AND PRIVACY ACT

Gregory Bonaparte
# 22786-018
Central One
FCI - Loretto
P.O. Box 1000
Loretto, Pennsylvania 15940

February 2, 2007

Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, Suite 11050
Washington, D.C. 20530 - 0001

RE: FOIA and Privacy Act Disclosure
    Requester's No. 06-3441

**TO WHOM IT MAY CONCERN:**

I am writing this letter seeking administrative review for the FOI request I made on May 9, 2006 to the Executive Office for United States Attorneys. I had inquired of the EOUSA to provide me with the Letter of Appointment and Oath of Office documents for the Assistant United States Attorneys who prosecuted and acted in my criminal case. On December 22, 2006, the EOUSA mailed me a response letter. The letter did not contain any information or material relating to the Letter of Appointment or Oath of Office for the AUSA(s), Latour Ley Lafferty or Kathy J.M. Peluso. The response letter only contain a Affidavit of Appointment for AUSA Kathy J.M. Peluso.

The EOUSA had informed me in the letter that their office had searched for the records regarding (AUSA) Latour Ley Lafferty in the United States Attorney's Office(s) for the Middle District of Florida and there was no records revealed concerning (AUSA) Latour Ley Lafferty. The EOUSA further informed me that (AUSA)

1.

Latour Ley Lafferty was no longer employed with their office and provide me with another address to contact in seeking the information and documents I requested.

I submit this letter to the Office of Information and Privacy requesting that this Department could please review the EOUSA determination of my FOI request, and provide me with the Letter of Appointment and Oath of Office of (AUSA) Latour Ley Lafferty while he was employed by the EOUSA. And also the Letter of Appointment and Oath of Office for AUSA Kathy J.M. Peluso.

If for any reason(s) any of the above described information or material is deemed to be non-releasable, please specify the statutory and regulatory reason(s) and the name and title of the person(s) making such decisions.

Respectfully Submitted,

Gregory Bonaparte, requester

State of Pennsylvania )
                      )
County of Cambria     )

Sworn and Subscribed before me this ___ day of February 2007, _____.

The above named requester appeared before me and he is who he claims to be.

2.

UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA

---

GREGORY BONAPARTE,
    Plaintiff,

  -against-                                SUMMONS IN A CIVIL
                                                        CASE

UNITED STATES DEPARTMENT OF JUSTICE
    Defendants.

    CIV. A. NO. _____

---

TO THE COURT:

    I, Gregory Bonaparte, a federal prisoner, filing this civil right action under the Freedom of Information Act, Title 5, U.S.C. §552(a)(4)(B), requests this Honorable Court to appoint a United States Marshal or Deputy United States Marshal, or other person or officer specially appointed by the Court to serve my summons and complaint upon the respected Defendants alleged in my complaint hereinafter pursuant to Fed. R. Civ. P. Rule 4(c)(2).

    Dated this _27_ day of March, 2007.


                                                Respectfully Submitted,

                                                _/s/ Gregory Bonaparte_____
                                                Gregory Bonaparte, Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**  GREGORY BONAPARTE

**DEFENDANTS**  DOJ

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 22786-018

Case: 1:07-cv-00749
Assigned To : Kennedy, Henry H.
Assign. Date : 04/24/2007
Description: BONAPARTE v. DOJ

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 - F.O.I.A. -

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐     DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd

