UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BONAPARTE,<br>#22786-018<br>Central One<br>FCI - Loretto<br>P.O. Box 1000<br>Loretto, PA 15940<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br> JUSTICE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07–0749 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing Notice of Appearance was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

> Gregory Bonaparte
> R #22786-018
> Central One
> FCI - Loretto
> Inmate Mail/Parcels
> P.O. Box 1000
> Loretto, PA 15940

on this 17th day of May, 2007.

                                                    /s/_____
                                         JONATHAN C. BRUMER, D. C. BAR # 463328
                                         Special Assistant United States Attorney
                                         Judiciary Center Building
                                         555 Fourth Street, N.W., Room E4815
                                         Washington, D.C. 20530
                                         (202) 514-7431
                                         (202) 514-8780 (facsimile)