UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BONAPARTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07–0749 (HHK) |

**NUNC PRO TUNC MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendant, United States Department of Justice, by and through undersigned counsel, respectfully moves for an enlargement of time within which to file any Reply that he may deem warranted to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. The undersigned counsel did not attempt to contact *pro se* Plaintiff for his consent, because Plaintiff is incarcerated.

Defendant requests that his deadline for filing any Reply in response to Plaintiff's Opposition and in support of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, that he may deem necessary and appropriate, be extended by twenty one (21) days, from August 17, 2007 to September 7, 2007. This is Defendant's first request for an enlargement of time of his Reply deadline in this case, and his second request for an enlargement of any deadline in this case.

In support of Defendant's Motion, Defendant respectfully states as follows:

1. On April 24, 2007, Plaintiff filed his Complaint. See Docket Entry No. 1.

2. On May 17, 2007, the undersigned counsel for Defendant filed a Notice of Appearance in this case. See Docket Entry No. 7. On May 23, 2007, Defendant requested a thirty day Motion for Enlargement of Time on his deadline for filing an Answer or other Response to the Complaint, from May 29, 2007 to June 28, 2007. See Docket Entry No. 8. The Court granted this motion on May 25, 2007. See Minute Order dated May 25, 2007.

3. On June 28, 2007, Defendant filed a Motion to Dismiss, or in the Alternative for Summary Judgment. See Docket Entry No. 9.

4. On July 2, 2007, this Court advised Plaintiff to respond by August 7, 2007 to Defendant's dispositive motion and warned Plaintiff that, if he failed to do so, the Court would treat the motion as conceded, and dismiss the case. See Docket Entry No. 10; Minute Order dated July 2, 2007.

5. On August 10, 2007, Plaintiff filed a Memorandum in Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgement. See Docket Entry No. 11. The certificate of service accompanying that pleading indicates that Plaintiff mailed it to the undersigned counsel three days before he filed it, on August 7, 2007. Id. Consequently, Defendant's deadline for filing a Reply brief was August 17, 2007. See LcvR 7(d); Fed. R. Civ. 6(a), (e).

6. Counsel for Defendant regrets that the current Motion for Enlargement of Time is being filed both after the deadline, and outside of this Court's four day filing rule. Good cause however exists for this motion. The undersigned counsel did not receive a notification from the Electronic Case Filing ("ECF") system that Plaintiff had filed an Opposition brief until August 14, 2007. The counsel for Defendant believes that the ECF notification was the first notification

he received of Plaintiff's Opposition, and that he received this notification before he received a service copy of the Opposition from Plaintiff, based on the fact that he sent an e-mail to the agency counsel assigned to this matter on August 14, 2007, in which he stated that "[t]his afternoon Plaintiff in the Bonaparte case filed an Opposition to our MTD/MSJ" and that "[o]ur Reply is due within 5 days plus 3 for mailing, i.e., by Friday, August 24, 2007." Thus, the undersigned counsel was initially under the erroneous impression that Plaintiff had filed his Opposition on August 14, 2007, and that Plaintiff had served it upon him on that date. Had Plaintiff served the Opposition on August 14, 2007, Defendant's Reply would have in fact been due on August 24, 2007. See LcvR 7(d); Fed. R. Civ. 6(a), (e). Not until this week, did the undersigned counsel discover (1) that Plaintiff had in fact filed his brief four days before the undersigned counsel had received an ECF notification of it, and (2) that Plaintiff had allegedly served his Opposition upon the Defendant three days before he filed it in this Court, and a week before the undersigned counsel received an ECF notification that the Opposition had been filed.

      7. Counsel for Defendant anticipates that he may wish to file a Reply brief in response to Plaintiff's Opposition, and in support of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. He will need additional time to review and analyze Plaintiff's Opposition as well as any materials or information agency counsel is able to gather in the coming weeks concerning the allegations Plaintiff has made in his Opposition, before he can prepare an adequate Reply brief, or even determine if a Reply brief needs to be filed.

      8. Within the next three weeks, the undersigned counsel for the Defendant also will have several imminent briefing deadlines in his other cases, including, among others: (1) an Answer or other Response to the Complaint in Taylor v. Bureau of Prisons, Civil Action No. 07-1091

(D.D.C.); (2) an Answer or other Response to the Complaint in Johnson v. DEA, Fenty, *et. al.*, Civil Action No. 07-935 (D.D.C.); (3) an Answer or other Response to the Complaint in Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.); (4) an Answer or other Response to the Complaint in Grossman v. Guitierrez, Civil Action No. 07-353 (D.D.C.); and (5) an Answer or other Response to the Complaint in West v. Jackson, Civil Action No. 07-727 (D.D.C.).

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate any Reply brief he may decide to file will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for filing a Reply brief in support of his Motion to Dismiss and in response to Plaintiff's Opposition be extended to September 7, 2007.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd of August, 2007, the foregoing Motion for Enlargement of Time was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Gregory Bonaparte
>R 22786-018
>Loretto Federal Correctional Institution
>Inmate Mail/Parcels
>P.O. Box 1000
>Loretto, PA 15940

>\_\_/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY BONAPARTE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07–0749 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Nunc Pro Tunc Motion for Enlargement of Time of his deadline for filing a Reply brief in response to Plaintiff's Opposition and in support of his Motion to Dismiss, or in the Alternative, for Summary Judgment, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant's deadline for filing a Reply brief in response to Plaintiff's Opposition and in support of his Motion to Dismiss, or in the Alternative, for Summary Judgment be extended to September 7, 2007.

_____
HENRY H. KENNEDY
United States District Court Judge

Copies of this order to:

Gregory Bonaparte
R 22786-018
Loretto Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Loretto, PA 15940

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530