UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BONAPARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>  JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07–0749 (HHK) |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant, United States Department of Justice, by and through the undersigned counsel, advises this Court that, on September 7, 2007, at about 10:42 p.m., he filed *Defendant's Reply in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment* and one exhibit electronically on the ECF system. Because of the late hour at which those documents were filed, the Defendant was unable to serve pro se Plaintiff with a copy of the documents on September 7, 2007. Although the undersigned counsel left a service copy of these filings in his office's late night pick up and delivery box on September 7, 2007, they were not actually picked up for mailing until September 10, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 10th day of September 2007, the foregoing *Notice of Amended Certificate of Service*, along with a copy of *Defendant's Reply in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment* and the accompanying exhibit were served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

> Gregory Bonaparte
> R 22786-018
> Loretto Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 1000
> Loretto, PA 15940

> __/s/_____
> JONATHAN C. BRUMER, D. C. BAR # 463328
> Special Assistant United States Attorney
> Judiciary Center Building
> 555 Fourth Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)