UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BONAPARTE,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action 07-0749 (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion to dismiss or for summary judgment [Dkt. No. 9] is **DENIED** without prejudice; and it is

**FURTHER ORDERED** that by March 7, 2008, defendant shall supplement the record by providing, through credible evidence, a detailed description of it search for responsive records and, if appropriate, renew its motion for summary judgment.

                                              _____s/s_____
                                              Henry H. Kennedy, Jr.
                                              United States District Judge

Date: January 25, 2008