# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bonaparte )<br>)<br>)<br>    Plaintiff, )<br> v. )<br>)<br>)<br>United States )<br>Department of Justice )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-00749-HHK<br> ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

  The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Special Assistant United States Attorney Jonathan Brumer as counsel of record for Defendant in the above-captioned case.

Dated: January 28th 2008         Respectfully submitted,

                /s/ Raymond A. Martinez
              Raymond A. Martinez
              Special Assistant United States Attorney
              555 Fourth St., N.W.
              Washington, D.C.  20530
              Phone: (202) 514-9150
              Fax: (202) 514-8780
              Raymond.A.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of January I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's **Gregory Bonaparte**, via the Court's Electronic Case Filing system and certified mail to:


Gregory Bonaparte
Loretto Federal Correctional  Institution
Inmate Mail Parcels
P.O. Box 1000
Loretto, PA 15940
Pro Se
.

                                                  /s/   Raymond A. Martinez
                                                  Raymond A. Martinez