UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY BONAPARTE, )
              )
    Plaintiff, )
              )   Civil Action No. 07-0749(HHK)
    vs.       )
              )
UNITED STATES DEPARTMENT OF )
JUSTICE,      )
              )
    Defendant. )
              )

MOTION FOR THE COURT TO CONSIDER PRIOR MOTION
FOR LEAVE TO FILE REPLY AS A MOTION IN RESPONSE TO THE DEFENDANT'S
SUPPLEMENT TO THE RECORD AND RENEWED MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Gregory Bonaparte, pro se, in the above-entitled matter, and respectfully urges this Honorable Court to consider his prior motion for leave to file reply as a response petition to the Defendant's supplement to the record and renewed motion to dismiss or, in the alternative, for summary judgment. In support of this request, the Plaintiff respectfully refers this Court to it's Order rendered on March 6, 2008 where the Court advised him to file a response petition, and further states:

1. On February 25, 2008, the Defendant filed a supplement to the record and renewed motion to dismiss or, in the alternative for summary judgment in compliance with the Court's Order on January 30, 2008 requiring Defendant to file anew.

2. On March 6, 2008, after Plaintiff recieved the anew pleadings filed by the Defendant, Plaintiff filed a motion for leave to file reply to the Defendant's supplement to the record

and renewed motion to dismiss or, in the alternative, for Summary Judgment.

    3. On or roundabout March 12, 2008, Plaintiff received a Order from the Court advising him to file a response to the Defendant's renewed motion to dismiss or for summary judgment attached with an sworn statement.

    Consequently, Plaintiff respectfully request this Court to consider his motion for leave to file reply to the Defendant's pleadings and the declaration attached submitted by him as a timely filed response in accordance with the Court's Order issued on March 6, 2008.

    Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    DATED this _20th_ day of March, 2008.

RESPECTFULLY SUBMITTED,<br>
_Gregory Bonaparte_<br>
GREGORY BONAPARTE, pro se

Reg. No. 22786-018
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940

## CERTIFICATE OF SERVICE

This is to certify that I have this date under the pains and penalty of perjury (Title 28 U.S.C. § 1746) served a true and correct copy of the foregoing upon counsel of record as follows:[1]

    Raymond A. Martinez
    Special Assistant U.S. Attorney
    555 Fourth St., N.W., Room E4815
    Washington, D.C. 20530

By placing the same in the United States mail, first class postage prepaid and properly affixed thereto.

DATED this _____ day of March, 2008.

                                       BY: _____
                                               GREGORY BONAPARTE, pro se

USM #22786-018
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940

---

[1] A prisoner's pro se pleading is deemed filed the date it is delivered to prison authorities for mailing. See Houston v. Lack, 487 U.S. 266, 275, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).