UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY BONAPARTE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>    **Defendant.** | Civil Action 07-0749 (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion of January 25, 2008, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 19] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendant. This is a final appealable Order.

               _____s/s_____
               Henry H. Kennedy, Jr.
               United States District Judge

Date: June 27, 2008