UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BONAPARTE, )<br>  )<br>   Plaintiff, )<br>  )<br> vs. )<br>  )   CIVIL ACTION NO. 07-0749(HHK)<br> UNITED STATES DEPARTMENT OF )<br> JUSTICE, )<br>  )<br>   Defendant. )<br>  ) | |

## REQUEST FOR STATUS UPDATE

**COMES NOW** the Plaintiff, Gregory Bonaparte, pro se, and brings the instant request for status update. In support of this motion, Plaintiff states as follows:

1. On February 25, 2008, the Defendant filed a supplement to the record and renewed motion to dismiss or, in the alternative for summary judgment in compliance with the Court's Order on January 30, 2008 requiring Defendant to file anew.

2. On March 6, 2008, after Plaintiff received the anew pleadings filed by the Defendant, Plaintiff filed a motion for leave to file reply to the Defendant's supplement to the record and renewed motion to dismiss or, in the alternative, for Summary Judgment.

3. On or roundabout March 12, 2008, Plaintiff received a Order dated March 6, 2008 from the Court advising him to file a response to the Defendant's renewed motion to dismiss or for summary judgment attached with an sworn statement. See Dist. Ct's Doc. 20.

4. Afterwards in March 2008, Plaintiff filed a Motion for

RECEIVED
AUG 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

This is to certify that I have this date under the pains and penalty of perjury (Title 28 U.S.C. § 1746) served a true and correct copy of the foregoing Request for Status Update for review upon counsel of record as follows:[1]

    Mr. Raymond A. Martinez
    Special Assistant US Attorney
    555 Fourth Street, N.W., Room E4815
    Washington, D.C. 20530

By placing the same in the United States mail, first class postage prepaid and properly affixed thereto.

DATED this 8th day of August, 2008.

                          BY: _____
                                GREGORY BONAPARTE, pro se

USM #22786-018
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940

---

[1] A prisoner's pro se pleading is deemed filed the date it is delivered to prison authorities for mailing. See Houston v. Lack, 487 U.S. 266, 275, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).