**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| GREGORY BONAPARTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 07-0749(HHK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | RECEIVED |
| Defendant. ) | |
| ) | AUG 2 5 2008 |

NANCY ... TINGTON, CLERK
... CT COURT

**NOTICE OF APPEAL**

**NOTICE** is hereby given that Gregory Bonaparte, Plaintiff, pro se in the above-entitled matter, pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action by the District Court on June 27, 2008.

DATED this 21st day of August, 2008.

RESPECTFULLY SUBMITTED,

BY: *Gregory Bonaparte*
GREGORY BONAPARTE, pro se
Reg. #22786-018
FCI Loretto
P.O. Box 1000
Loretto, PA 15940